EDWIN P. JOHNSON, Respondent, v. GEORGE K. BRAZILL, Appellant.— In an action brought to recover damages for personal injuries, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

JOHN R. JONES, Respondent, v. NAZURA D. SALEEBY, Also Known as NAZERA SALEEBY, Appellant. NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and NASEEMA SALEEBY, Plaintiffs, v. NAZURA D. SALEEBY, SAM SALEEBY and SOLOMON SALEEBY, Individually and as Heirs at Law and Next of Kin of SHAHEENIE SALEEBY, Deceased, and DORIS SHAPIRO, Defendants, Consolidated with NAZERA SALEEBY, Plaintiff, v. NASSAU COUNTY TRUST COMPANY, Defendant.— Order modifying and, as modified, confirming the official referee's report fixing and enforcing an attorney's retaining and charging liens affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

JOURNALIAG AKTIENGESELLSCHAFT, Respondent, v. UNITED STEEL WORKS CORPORATION, Appearing Specially, etc., Appellant. Action No. 4. (Appeal No. 1.) — Order denying defendant's motion to vacate and set aside the service of summons and complaint affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

JOURNALIAG AKTIENGESELLSCHAFT, Respondent, v. UNITED STEEL WORKS CORPORATION, Appearing Specially, etc., Appellant. Action No. 4. (Appeal No. 2.) — Order granting plaintiff's motion for an injunction *pendente lite*, restraining the defendant from transferring or otherwise disposing of certain patents, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

MORTON B. KAHN, Respondent, v. COLLINS RADIO COMPANY, Appellant.— In an action to recover commissions earned by plaintiff under employment contracts, the defendant interposed certain defenses and counterclaims. The plaintiff moved for a bill of particulars. Order granting motion for bill of particulars of defenses and counterclaims modified by providing therein that the defendant shall give the bill of particulars ordered to the best of the ability of the defendant, acting in good faith, and that if defendant be unable to give any of the required particulars it be so stated under oath. As so modified, the order is affirmed, without costs. The bill of particulars is to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.